### NABORS v. NABORS.

HILL, J.  The verdict was not required by the evidence, and the discretion of the trial judge was not abused in granting a first new trial.  Civil Code (1910), § 6204.  *Judgment affirmed.  All the Justices concur.*

No. 5082.  DECEMBER 16, 1925.

Divorce, etc.  Before ·Judge E. D. Thomas.  Fulton superior court.  August 28, 1925.

*J. W. LeCraw,* for plaintiff in error.

New Trial 29 Cyc. p. 1009, n. 54.